# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERMAINE LOFTON,** | : | **CIVIL NO. 1:12-CV-1133** |
| **Plaintiff** | : | **(Chief Judge Conner)** |
| v. | : | |
| **JOHN WETZEL**, *et al.*, | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 29th day of September, 2015, in accordance with the court's memorandum of the same date, it is hereby ORDERED as follows:

1. The parties shall confer in good faith regarding all outstanding discovery issues within twenty (20) days of the date of this order.

2. Within ten (10) days following the conclusion of the parties' conference, each party shall file a separate status report with the court adhering to the standards set forth in the court's memorandum of this date.

3. The motion (Doc. 86) to compel discovery is DISMISSED without prejudice.

      /S/ CHRISTOPHER C. CONNER
      Christopher C. Conner, Chief Judge
      United States District Court
      Middle District of Pennsylvania