IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JERMAINE LOFTON,** | : | CIVIL NO. 1:12-CV-1133 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **JOHN WETZEL,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

# ORDER

Plaintiff, Jermain Lofton, a former inmate confined at the Rockview State Correctional Institution ("SCI-Rockview"), Bellefonte, Pennsylvania, filed the above-captioned action pursuant to 42 U.S.C. § 1983.

On May 31, 2016, mail was returned to the court as "not deliverable," because the inmate left the facility with no forwarding address. (Doc. 105).  In an effort to ascertain the custodial status of plaintiff, the court accessed the Vinelink online inmate locator, which revealed that plaintiff is no longer in custody.[1]

A *pro se* plaintiff has the affirmative obligation to keep the court informed of his address.  Should an address change in the course of this litigation, the plaintiff shall immediately inform the court of such change, in writing.  If the court is unable

---

[1] Upon entering plaintiff's offender identification number, JX1638, into the online inmate locator system, https://vinelink.com/#/search, his status was returned as follows:

   Offender Name: Lofton, Jermaine
   Custody Status: Out of Custody

to communicate with the plaintiff because he has failed to notify the court of his address, the plaintiff will be deemed to have abandoned the lawsuit.

Plaintiff has not communicated with the court since the filing of a discovery related status report on October 22, 2015. (Doc. 103). The court's inquiry indicates that plaintiff has been released from SCI-Rockview. Thus, it is reasonable to conclude that plaintiff has abandoned this lawsuit.

Accordingly, this 19th day of September, 2016, it is hereby ORDERED that within twenty (20) days of the date of this order, plaintiff shall file with the court his current address. Failure to provide the court with his current address will result in the above-captioned action being dismissed pursuant to Federal Rule of Civil Procedure 41, for failure to prosecute and comply with a court order.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania